UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| G & G FREMONT, LLC, a Nevada limited Liability company; CRAZY ELY WESTERN VILLAGE, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CITY OF LAS VEGAS,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:14-CV-1006 JCM (PAL)<br><br>ORDER |

　　Presently before the court is the Ninth Circuit's memorandum and mandate affirming in part, reversing in part, and remanding this court's order on plaintiffs' motion for a preliminary injunction. The court of appeals remanded for further findings as to whether the advertising restrictions at issue in this case directly and materially advance the city's interests, and whether any less-restrictive alternatives to the advertising restrictions are available.

　　Accordingly, the court will set a hearing in this case and order the parties to brief the remanded issue.

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a hearing is set in this case for **September 30, 2015, at 10:00 am**, in courtroom 6A.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that the defendant shall file its opening brief by Monday, September 7, 2015.  Plaintiff's response shall be filed by Monday, September 14, 2015, and defendant's reply, if any, shall be filed by September 21, 2015.

DATED August 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**