UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| G & G FREMONT, LLC, a Nevada limited Liability company; CRAZY ELY WESTERN VILLAGE, LLC, a Nevada limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS,<br><br>Defendant(s). | Case No. 2:14-CV-1006 JCM (PAL)<br><br>ORDER |

Presently before the court is plaintiff Crazy Ely Western Village's motion for preliminary injunction. (Doc. #10). The Ninth Circuit remanded for further findings as to whether the advertising restrictions at issue in this case directly and materially advance the city's interests, and whether any less-restrictive alternatives to the advertising restrictions are available.

Plaintiffs and defendants filed briefs regarding the advertising restrictions. (Docs. #41 and #42). In their briefs, both parties state that the issues on remand are now moot because the Las Vegas City Council adopted Ordinance No. 6468 which repealed LVMC 6.50.475(F)-(H) "in response to current litigation regarding those provisions." (Doc. #42).

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff Crazy Ely Western Village's motion for preliminary injunction (doc. #10) be, and the same hereby is,

**James C. Mahan**
**U.S. District Judge**

1  DENIED as moot. Furthermore, the preliminary injunction hearing currently set for Thursday, November 19, 2015, is VACATED.

DATED November 17, 2015.

_____
UNITED STATES DISTRICT JUDGE