UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRAZY ELY WESTERN VILLAGE, LLC, et al.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS,<br><br>Defendant. | Case No. 2:14-cv-01006-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (ECF No. 34) filed August 21, 2016, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 4, 2016. Defendants and Plaintiffs filed Motions for Summary Judgment (ECF Nos. 44, 45) December 3 and 4, 2015. The District Judge granted and denied the City's motion and denied the Plaintiffs' motion in an Order (ECF No. 54) entered August 10, 2016. The parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied.

Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **September 28, 2016.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

/ / /

1

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 14th day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE