ASHCRAFT & BARR | LLP
ALICIA R. ASHCRAFT, ESQ.
Nevada Bar No. 6890
AshcraftA@AshcraftBarr.com
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
BarrJ@AshcraftBarr.com
2300 West Sahara Ave., Suite 1130
Las Vegas, Nevada  89102
Telephone:  702.631.7555
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| G & G FREMONT, LLC, a Nevada limited-liability company; CRAZY ELY WESTERN VILLAGE, LLC, a Nevada limited-liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a Nevada municipal corporation,<br><br>                    Defendant. | Case No.: 2:14-CV-01006-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs G & G FREMONT, LLC, a Nevada limited-liability company and CRAZY ELY WESTERN VILLAGE, LLC, a Nevada limited-liability company, and Defendant CITY OF LAS VEGAS, a Nevada municipal corporation as follows:

(1) Each party to this Stipulation agrees to the dismissal with prejudice of all of the claims and causes of action in the above-captioned action.

(2) Each party to this Stipulation shall bear its own attorney's fees, costs, and professional expenses relative to the matters dismissed herein.

(3) A trial date has not been set in the above-captioned action, so this Stipulation does not affect a trial setting.

DATED this 29th day of September, 2015.            DATED this 29th day of September, 2015.

ASHCRAFT & BARR | LLP                              BRADFORD R. JERBIC
                                                   City Attorney

/s/ Jeffrey F. Barr                                /s/ Philip R. Byrnes

JEFFREY F. BARR, ESQ.                              PHILIP R. BYRNES
barrj@AshcraftBarr.com                             Senior Litigation Counsel
Nevada Bar # 7269                                  Nevada Bar # 166
2300 West Sahara Avenue, Suite 1130                495 South Main Street, Sixth Floor
Las Vegas, NV 89102                                Las Vegas, NV 89101
Attorneys for Plaintiffs                           Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  October 11, 2016.